United States District Court

Eastern District of California

United States of America,

   Plaintiff,    No. Cr. S 05-201 GEB

  vs.       Detention Order

Kevin Eisert,

   Defendant.

-oOo-

A. <u>Order For Detention</u>

  After conducting a detention hearing pursuant to 18 U.S.C. § 3142(f) of the Bail Reform Act, the Court orders the above-named defendant detained pursuant to 18 U.S.C. § 3142(e) and (i).

B. <u>Statement Of Reasons For The Detention</u>

  The Court orders the defendant's detention because it finds:

| | |
|---|---|
| _____ | By a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required. |
| __X__ | By clear and convincing evidence that no condition or combination of conditions will reasonably assure |

the safety of any other person and the community.

C.    Findings Of Fact

The Court's findings are based on the evidence which was presented in Court and that which was contained in the Pretrial Services Report, and includes the following:

  __x__    (1) Nature and Circumstances of the offense charged.

      __x__    (a) The crime.

      _____  (b) The offense is a crime of violence.

      _____  (c) The offense involves a narcotic.

      _____  (d) The offense involves a large amount of controlled substances.

  _____  (2) The weight of the evidence against the defendant is high.

  __x__  (3) The history and characteristics of the defendant including:

    _____ (a) General Factors:

        _____  The defendant appears to have a mental condition which may affect whether the defendant will appear.

        _____  The defendant has no family ties in the area.

        __X__  The defendant has no steady employment.

        __x__  The defendant has no substantial financial resources.

        _____  The defendant is not a long time resident of the community.

        _____  The defendant does not have any significant community ties.

        __x__  Past conduct of the defendant: fugitive; $9,000 child support arrearage        .

        __X__  The defendant has a history relating to

2

```
                                    drug abuse.

           __X__     The defendant has a significant prior
                     criminal record.

           __X__     The defendant has a prior record of
                     failure to appear at court proceedings.

      (b)  Whether the defendant was on probation,
           parole, or release by a court;

      At the time of the current arrest, the defendant was on:

           __x__     Probation.

           _____     Parole.

           _____     Release pending trial, sentence, appeal
                     or completion of sentence.

      (c)  Other Factors

           _____     The defendant is an illegal alien and is
                     subject to deportation.

           _____     The defendant is a legal alien and will
                     be subject to deportation if convicted.

           _____     Other:


_____     (4)  Rebuttable Presumptions

In determining that the defendant should be detained, the
court also relied on the following rebuttable presumption(s)
contained in 18 U.S.C. § 3142(e), which the court finds the
defendant has not rebutted:

           _____     (a) (1) The crime charged is one described in
                     § 3142(f)(1)

                     _____     (A) a crime of violence; or

                     _____     (B) an offense for which the maximum
                               penalty is life imprisonment or
                               death; or

                     _____     (C) a controlled substance violation
                               that has a maximum penalty of ten
```

3

|   |   |   |
|---|---|---|
|   |   | years or more; or |
|   | _____ | (D) a felony and defendant previously was convicted of two or more of the offenses described in (A) through (C) above <u>and</u> |
|   | (2) | Defendant previously has been convicted of one of the crimes listed in subparagraph (1)(A)-(C), above <u>and</u> |
|   | (3) | The offense referred to in subparagraph (2) was committed while defendant was on release pending trial <u>and</u> |
|   | (4) | Not more than five years has elapsed since the date of conviction or release from imprisonment for the offense referred to in subparagraph (2). |
| _____ | (b) | There is probable cause to believe that defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed |

    _____ in the Controlled Substances Act, 21 U.S.C. §§ 801, et seq.,

    _____ the Controlled Substances Act , 21 U.S.C. §§ 951, et seq.,

    _____ the Maritime Drug Law Enforcement Act, 46 U.S.C. App. §§ 1901, et seq., or

    _____ an offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b.

    _____ an offense under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

D.   <u>Additional Directives</u>

    Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs that:

    The defendant be committed to the custody of the Attorney

4

General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and

    The defendant be afforded reasonable opportunity for private consultation with his counsel; and

    That, on order of a court of the United States, or request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

    Dated: June 1, 2005.

                                   /s/ Peter A. Nowinski
                                       Peter A. Nowinski
                                       Magistrate Judge