**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262

**JEFFERY ROSENBLUM**
Attorney at Law - SBN 131206
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 442-1814

Attorneys for Defendant: **KEVIN EISERT**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Crim. S-05-201 GEB |
| Plaintiff, | |
| v. | **SUBSTITUTION OF COUNSEL** |
| **KEVIN EISERT,** | |
| Defendant, | |

The defendant, Kevin Eisert, hereby substitutes Jeffery Rosenblum and Steven D. Bauer, as his attorneys in place and stead of his present counsel Daniel Davis.

Dated: June 10, 2005

/ s /

Kevin Eisert
Defendant

///

///

///

///

///

1 We acknowledge and accept the representation of Mr. Eisert.

2 Dated  June 10, 2005                                   Dated:  June 10, 2005

3   / s /                                                              / s /

4 **STEVEN D. BAUER**                              **JEFFERY ROSENBLUM**
Attorney at Law                                          Attorney at Law

9 **IT IS SO ORDERED**

10 DATED:   June 16, 2005

11                                              /s/ Garland E. Burrell, Jr.
                                               GARLAND E. BURRELL, JR.
12                                             United States District Judge