1 **STEVEN D. BAUER**
Attorney at Law - SBN 50084
2 428 J Street - Suite 350
Sacramento, California 95814
3 Telephone: (916) 447-8262

4 **JEFFERY ROSENBLUM**
Attorney at Law - SBN 131206
5 428 J Street - Suite 350
Sacramento, California 95814
6 Telephone: (916) 442-1814

7 Attorneys for Defendant: **KEVIN EISERT**

8

9 IN THE UNITED STATES DISTRICT COURT

10 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 **UNITED STATES OF AMERICA,**         )   Crim. S-05-201 GEB
                                         )
13                Plaintiff,             )
                                         )   **STIPULATION AND ORDER**
14         v.                            )   **THEREON**
                                         )
15 **KEVIN EISERT,**                     )
                                         )
16                Defendant,             )
                                         )

17
        It is hereby stipulated between counsel for the government and the defendant that
18
the presently-scheduled date for pronouncement of judgement and sentence, November
19
18, 2005, may be continued to December 9, 2005 at 9:00 a.m.. This continuance is
20
requested to accommodate holiday travel plans of defense counsel. The defendant
21
having already entered a plea there are no issues of excludable time.
22
Dated November 10, 2005                     Dated: November 10, 2005
23
/s/ Steven D. Bauer                         /s/ Ellen V. Endrizzi
24

25 **STEVEN D. BAUER**                       **ELLEN V. ENDRIZZI**
   Attorney at Law                           Assistant United States Attorney
26
(Order on Following Page)
27

28

For Good Cause Appearing
**IT IS SO ORDERED**

Dated: November 14, 2005

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge