1  **STEVEN D. BAUER**
   Attorney at Law - SBN 50084
2  428 J Street - Suite 350
   Sacramento, California 95814
3  Telephone: (916) 447-8262

4  **JEFFERY ROSENBLUM**
   Attorney at Law - SBN 131206
5  428 J Street - Suite 350
   Sacramento, California 95814
6  Telephone: (916) 442-1814

7  Attorneys for Defendant: **KEVIN EISERT**

8

9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim. S-05-201 GEB |
| Plaintiff, | **STIPULATION AND ORDER THEREON** |
| v. | |
| KEVIN EISERT, | |
| Defendant, | |

   It is hereby stipulated between counsel for the government and the defendant that the presently-scheduled date for voluntary surrender may be continued from January 20, 2006 to March 17, 2006. This request is made to permit the defendant to be with his daughter during brain surgery and recovery therefrom. The possibility of this request was discussed at the time of sentencing and the government has been provided a copy of a letter from the daughter's physician and based thereon has agreed to this continuance.

Dated January 18, 2006                    Dated: January 18, 2006

/s/ Steven D. Bauer                       /s/ Ellen V. Endrizzi

**STEVEN D. BAUER**                       **ELLEN V. ENDRIZZI**
Attorney at Law                           Assistant United States Attorney
(Oreder on Following Page)

1  For Good Cause Appearing
   **IT IS SO ORDERED**
2  Dated:  January 20, 2006

3

4  */s/ Garland E. Burrell*

5  GARLAND E. BURRELL, JR.
   U. S. District Judge
6