1  **STEVEN D. BAUER**
   Attorney at Law - SBN 50084
2  428 J Street - Suite 350
   Sacramento, California 95814
3  Telephone: (916) 447-8262

4  **JEFFERY ROSENBLUM**
   Attorney at Law - SBN 131206
5  428 J Street - Suite 350
   Sacramento, California 95814
6  Telephone: (916) 442-1814

7  Attorneys for Defendant: **KEVIN EISERT**

8

9
                    **IN THE UNITED STATES DISTRICT COURT**
10
                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**
11

12
   **UNITED STATES OF AMERICA,**            )     Crim. S-05-201 GEB
13                                           )
                       Plaintiff,            )
14                                           )     **STIPULATION AND ORDER**
              v.                             )              **THEREON**
15                                           )
   **KEVIN EISERT,**                         )
16                                           )
                       Defendant,            )
17  _____  )

18

19

20         It is hereby stipulated between counsel for the government and the
21  defendant that the presently-scheduled date for voluntary surrender may be continued
22  from April 7, 2006 to April 14, 2006.  This request is made to permit the Bureau of
23  /////
24  /////
25  /////
26  /////
27  /////
28  /////

Prison to reconsider defendant's place of confinement. This re-designation is requested to permit a place of confinement closer to the defendant's seriously ill daughter.

Dated: April 5, 2006                                   Dated: April 5, 2006

/s/ Steven D. Bauer                                    /s/ Ellen V. Endrizzi

**STEVEN D. BAUER**                                    **ELLEN V. ENDRIZZI**
Attorney at Law                                        Assistant United States Attorney

For Good Cause Appearing:
**IT IS SO ORDERED**

Dated: April 6, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge