1  **STEVEN D. BAUER**
   Attorney at Law - SBN 50084
2  428 J Street - Suite 350
   Sacramento, California 95814
3  Telephone: (916) 447-8262

4  **JEFFERY ROSENBLUM**
   Attorney at Law - SBN 131206
5  428 J Street - Suite 350
   Sacramento, California 95814
6  Telephone: (916) 442-1814

7  Attorneys for Defendant: **KEVIN EISERT**

**FILED**

APR - 7 2006


CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____
         DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim. S-05-201 GEB |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER THEREON** |
| KEVIN EISERT, | |
| Defendant, | |

It is hereby stipulated between counsel for the government and the defendant that court may amend the judgement in this matter to include a recommendation that the defendant be incarcerated in a California institution. This recommendation was discussed at the time of sentencing but was not included in the judgement that was transmitted to the Bureau of Prisons and as a result the defendant was designated to a facility in Kansas. As the court may recall from previous filings the defendant has a daughter who has a brain tumor and has undergone several surgeries.

It is further stipulated that the court may direct the Bureau of Prisons to reconsider the defendant's designation. Counsel for the defendant has discussed this matter with the Bureau of Prisons who suggested this procedure.

(Signatures and Order on Following Page)

| | |
|---|---|
| Dated: March 24, 2006 | Dated: March 24, 2006 |
| /s/ Steven D. Bauer | /s/ Ellen V. Endrizzi |
| **STEVEN D. BAUER**<br>Attorney at Law | **ELLEN V. ENDRIZZI**<br>Assistant United States Attorney |

For Good Cause Appearing
**IT IS SO ORDERED**
Dated: March  , 2006

_____
GARLAND E. BURRELL, JR.
U.S. District Judge