**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262

Attorneys for Defendant: **KEVIN EISERT**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**          )<br>                                                                 )<br>                        Plaintiff,              )<br>                                                                 )<br>            v.                                               )<br>                                                                 )<br>**KEVIN EISERT,**                                  )<br>                                                                 )<br>                        Defendant,          )<br>_____) | Crim. S-05-201 GEB<br><br>**STIPULATION AND ORDER THEREON** |

It is hereby stipulated between counsel for the government and the defendant that the presently-scheduled date for voluntary surrender may be continued from April 14, 2006 to April 28, 2006. This request is made to permit the Bureau of Prison to reconsider defendant's place of confinement. This re-designation is requested to permit a place of confinement closer to the defendant's seriously ill daughter. The defendant, his immediate family and more particularly his daughter are residents of Northern

/////
/////
/////
/////
/////
/////
/////

California. This second request for reconsideration is made necessary because of an error in drafting be defendant's counsel.

Dated: April 14, 2006                              Dated: April 14, 2006

/s/ Steven D. Bauer                                /s/ Ellen V. Endrizzi

**STEVEN D. BAUER**                                **ELLEN V. ENDRIZZI**
Attorney at Law                                    Assistant United States Attorney


For Good Cause Appearing:
**IT IS SO ORDERED**

Dated: April 14, 2006

                                                   /s/ Garland E. Burrell, Jr.
                                                   GARLAND E. BURRELL, JR.
                                                   United States District Judge